## 17324. JAMES v. THE STATE.

BROYLES, C. J. Under all the facts of the case as disclosed by the record the court did not err in overruling the certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 15, 1926. REHEARING DENIED JULY 14, 1926.

Certiorari; from Fulton superior court—Judge E. D. Thomas. March 10, 1926.

*W. A. James, L. S. James,* for plaintiff in error.

*Roy Dorsey, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.